# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Appellee, | : | |
| | : | Case No. 22-3064 |
| v. | : | |
| THOMAS WEBSTER, | : | |
| Appellant. | : | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, undersigned counsel on behalf of Thomas Webster, and files this Response to Order to Show Cause and shows the following:

1. Mr. Webster, through trial counsel, filed a notice of appeal on September 13, 2022.

2. The appeal was docketed in this Court on September 15, 2022 and began moving forward.

3. Trial counsel was notified that he was not a member of this Court and provided a deadline of October 17, 2022 for counsel to join the membership of this Court. This Court issued an order with a September 30, 2022 deadline to file a Docketing Report, Entry of Appearance, and Transcript Status Report. Nothing was filed.

4. On October 24, 2022, this Court entered an order to show cause why the appeal should not be dismissed for lack of prosecution.

5. On November 14, 2022, undersigned counsel was retained to represent Mr. Webster on appeal.

6. On November 16, 2022, undersigned counsel ordered the trial and sentencing transcripts. Counsel also contacted trial counsel on November 16, 2022, regarding transfer of the file.

7. On November 22, 2022, counsel received the necessary transcripts from trial counsel and cancelled the transcript orders.

8. It is undersigned counsel's understanding that trial counsel was not admitted to this Court until November 16, 2022, and did not have the ability to file the necessary forms timely.

9. Appellant, when notified that his appeal was in jeopardy due to the forms not being filed timely, sought out new counsel to represent him and comply with this Court's requirements. As such, the Docketing Report, Entry of Appearance, and Transcript Status Report have now been filed with this Court and undersigned, a member of this Court, will assume legal representation of Appellant and comply with this Court's requirements henceforth.

Wherefore, Appellant requests that this Honorable Court allow the appeal to proceed and set a briefing schedule. Further, counsel requests 120 days before a

deadline for Appellant's Brief to review the record and transcripts and adequately prepare the appeal.

This 23nd day of November, 2022.

Respectfully submitted,

/s/ Elizabeth A. Brandenburg
Counsel for Petitioner
Georgia Bar No. 467608
2392 North Decatur Road
Decatur, Georgia 30033
(404) 633-3797 (Phone)
elizabeth@msheinlaw.com

# CERTIFICATE OF COMPLIANCE

This document complies with the length limitations established by Fed. R. App. P. 27(d)(2) and contains 401 words excluding the certificates of counsel.

This 23nd day of November, 2022.

>Respectfully submitted,
>
>/s/ Elizabeth A. Brandenburg
>Counsel for Petitioner
>Georgia Bar No. 467608
>2392 North Decatur Road
>Decatur, Georgia 30033
>(404) 633-3797 (Phone)
>elizabeth@msheinlaw.com

# CERTIFICATE OF SERVICE

I hereby certifies that I have this date electronically filed the forgoing Entry of Appearance, which will be electronically delivered to Assistant U.S. Attorney, Chrisellen, Chrisellen.R.Kolb@usdoj.gov.

This 23nd day of November, 2022.

Respectfully submitted,

/s/ Elizabeth A. Brandenburg
Counsel for Petitioner
Georgia Bar No. 467608
2392 North Decatur Road
Decatur, Georgia 30033
(404) 633-3797 (Phone)
elizabeth@msheinlaw.com