# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 22-3064 | September Term, 2023 |
| | 1:21-cr-00208-APM-1 |
| | Filed On: January 18, 2024 [2036229] |

United States of America,

    Appellee

    v.

Thomas Webster,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 6, 2024, at 9:30 A.M.:

    Appellant   -   10 Minutes

    Appellee   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett, Katsas, and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 22, 2024.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)