

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center
601 D St., N.W.
Washington, D.C. 20530*

February 2, 2024

Mark J. Langer, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

>   Re:   <u>United States v. Thomas Webster</u>, No. 22-3064
>         **Oral argument scheduled for Feb. 6, 2024,
>         before Judges Millett, Katsas, and Rao**

Dear Mr. Langer:

Pursuant to Federal Rule of Appellate Procedure 28(j), the government provides the Court with the following supplemental authority in support of its argument that the district court properly weighed all of the sentencing factors under 18 U.S.C. § 3553(a), including the need to avoid unwarranted sentencing disparities (*see* Government Brief at 58-61).

After the briefs in this appeal had been filed, this Court considered a similar challenge and emphasized, among other things, that, "even if there were some degree of sentencing disparity, that is only one factor among many that district courts must balance when sentencing." *United States v. Alford*, 89 F.4th 943, 954 (D.C. Cir. 2024). Here, as in *Alford*, "the district court conscientiously addressed the § 3553 factors and weighed several in [Webster's] favor." *Id.* In so doing, the court did not abuse its discretion in varying downward 90 months from the bottom of

the applicable Guidelines range and sentencing Webster to 120 months' imprisonment.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

        CHRISELLEN R. KOLB
        Assistant United States Attorney

        _____/s/_____
        DAVID B. GOODHAND
        Assistant United States Attorney
        601 D Street, NW, Room 6.232
        Washington, DC  20530
        (202) 252-6829

cc:    Elizabeth A. Brandenburg, Esq.