# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 22-3064**                               **September Term, 2023**

FILED ON: MAY 28, 2024

UNITED STATES OF AMERICA,
                          APPELLEE

v.

THOMAS WEBSTER,
                          APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00208-1)

———

Before: MILLETT, KATSAS, and RAO, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Webster's convictions and sentence be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/

Daniel J. Reidy
Deputy Clerk

Date: May 28, 2024

Opinion for the court filed by Circuit Judge Millett.